**STATE of Missouri, Respondent,**

v.

**Edward C. BULLMASTER, Appellant.**

No. WD 42860.

Missouri Court of Appeals,
Western District.

Dec. 26, 1990.

Willard B. Bunch, Milton D. Skeens, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before GAITAN, P.J., and TURNAGE and KENNEDY, JJ.

ORDER

PER CURIAM:

Appeal from sentence of seven years' imprisonment and a fine of $5,000 follow-

ing conviction for conspiring to sell cocaine. Section 564.016, RSMo 1986.

Judgment affirmed. Rule 30.25(b).